# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Travis Widner,

       Plaintiff,

vs.

Associated Banc-Corp d/b/a
Associated Bank,

       Defendant.

Court File No.: 20-cv-2621 (PJS/BRT)

**STIPULATION FOR DISMISSAL**

    **IT IS HEREBY STIPULATED** and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendant, Associated Banc-Corp d/b/a Associated Bank and Defendant's undersigned Attorney, on the other, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: March 15, 2021

**THRONDSET MICHENFELDER, LLC**


By: _/s/Chad A. Throndset_____
   Chad A. Throndset (#0261191)
   Patrick W. Michenfelder (#024207X)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-611
chad@throndsetlaw.com
pat@throndsetlaw.com
*Attorneys for Plaintiff*

2

Dated:  March 16, 2021

**LATHROP GPM LLP**

By: /s/Julia Dayton Klein _____
   Julia Dayton Klein (#319181)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 632-3153
Julia.daytonklein@lathropgpm.com
*Attorneys for Defendant*