UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Travis Widner, | Court File No.: 20-cv-2621 (PJS/BRT) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Associated Banc-Corp d/b/a Associated Bank, | |
| Defendant. | |

---

The parties have stipulated to dismissal of this case. Based on a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____, 2021          _____