UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TRAVIS WIDNER,                                            Case No. 20-CV-2621 (PJS/BRT)

      Plaintiff,

v.                                                                        ORDER OF DISMISSAL

ASSOCIATED BANC-CORP d/b/a
ASSOCIATED BANK,

      Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on March 16, 2021 [ECF No. 10],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: March 16, 2021

                                                         s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge